NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATHANIEL J. WILLINGHAM,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2012-3152

---

Petition for review of the Merit Systems Protection Board in case no. DC330100370-I-1.

---

## ON MOTION

---

## ORDER

Nathaniel J. Willingham moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Nathaniel J. Willingham
     Amanda L. Tantum, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK